SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Ni Zheng Su, et al<br><br>         Defendants | Case No. **2:11-cv-00600-JAM-AC**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL** |

   IT IS HEREBY ORDERED THAT the parties shall have the Pretrial Conference and Trial continued for sixty (60) days.

   The pretrial conference is ordered reset to April 5, 2013 at 11:00 a.m.  The parties joint pretrial statement shall be filed on or before March 29, 2013.

   Jury trial is ordered reset to May 13, 2013 at 9:00 a.m.

Date:  1/16/2013

                         /s/ John A. Mendez_____
                         U. S. District Court Judge

PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-11-cv-00600-JAM-AC - 1